**LAW OFFICE OF SHARON L. LAPIN**
Sharon L. Lapin, California Bar No. 165919
110 Loch Lomond Drive, Suite 9b
San Rafael, CA 94901
(415) 258-1651
Email:         lapinlaw@juno.com

Attorney for Plaintiffs
ARIANA I. INIGUEZ and JUAN M. BARBA

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
Email:         james.goldberg@bryancave.com
               tom.nanney@bryancave.com

Attorneys for Defendants
BANK OF AMERICA CORPORATION and RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA I. INIGUEZ and JUAN M. BARBA | Case No. 2:09-CV-02903-MCE-EFB |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA CORPORATION, RECONTRUST COMPANY, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| BANK OF AMERICA fka COUNTRY HOME LOANS; RYLAND MORTGAGE COMPANY; RECONTRUST COMPANY, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ERIC EUGENE ELDER; ERIC MENYUK; REBECCA VERONICA MARTELL; and DOES 1-20 inclusive, | **[Local Rule 6-144]** |
| Defendants. | |

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

## STIPULATION

This Stipulation is entered into by Plaintiffs ARIANA I. INIGUEZ and JUAN M. BARBA (collectively, "Plaintiffs") and Defendants BANK OF AMERICA CORPORATION ( "BAC"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")  and RECONTRUST COMPANY, N.A. ("ReconTrust").

WHEREAS, on October 5, 2009, Plaintiffs filed a Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a), on November 5, 2009, Plaintiffs, BAC, MERS and ReconTrust agreed to a 30-day extension of time for BAC, MERS and ReconTrust to file their response to the Complaint;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiffs have granted BAC, MERS and ReconTrust an additional 30-day extension until December 10, 2009 to respond to the Complaint, and the parties now seek this Court's approval;

NOW, THEREFORE, Plaintiffs, on the one hand, and BAC, MERS and ReconTrust desire and hereby **STIPULATE** that BAC, MERS and ReconTrust shall have until, and including, December 10, 2009 to respond to Plaintiffs' Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  November 9, 2009

**LAW OFFICES OF SHARON L. LAPIN**
Sharon L. Lapin

By:   /s/ Sharon L. Lapin
　　　　Sharon L. Lapin
　　　　Attorney for Plaintiffs
ARIANA I. INIGUEZ and JUAN M. BARBA

Dated:  November 9, 2009

**BRYAN CAVE LLP**
James Goldberg
Thomas E. Nanney

By:   /s/ James Goldberg
　　　　James Goldberg
　　　　Attorneys for Defendants
BANK OF AMERICA CORPORATION and
RECONTRUST COMPANY, N.A.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

**ORDER**

Having reviewed the Stipulation of Plaintiffs  ARIANA I. INIGUEZ and JUAN M. BARBA, and Defendants BANK OF AMERICA CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A. and good cause appearing, IT IS ORDERED THAT Defendant BANK OF AMERICA CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY, N.A. shall have until, and including, December 10, 2009 to respond to the Complaint in this matter.

IT IS SO ORDERED.


DATED: November 16, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

KC01DOCS\976622.1

3